UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 3

---

**Consolidated Metco, Inc. and
Shandong ConMet Mechanical Co., Ltd.**

                     **Plaintiffs,**

  v.

**United States,**

                     **Defendant.**

Case No. 25-00208
SUMMONS

---

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



                                      **/s/ Mario Toscano**
                                      Clerk of the Court

1. **Name and Standing of Plaintiff**

    Plaintiffs in this action are Consolidated Metco, Inc. and Shandong ConMet Mechanical Co., Ltd.  As a U.S. importer and foreign producer, respectively, of the subject merchandise, Plaintiffs qualify as interested parties under 19 U.S.C. § 1677(9)(A).  Plaintiffs were also active participants in the antidumping investigation of the U.S. Department of Commerce that led to the determination being challenged.  Plaintiffs therefore have standing to bring this action pursuant to 19 U.S.C. § 1516a(a)(2)(A) and 28 U.S.C. § 2631(c) as interested parties that were parties to the proceeding identified below.

2. **Brief Description of Contested Determination**

    Plaintiffs contest the U.S. Department of Commerce's final determination and antidumping duty order, published as *Certain Brake Drums From People's Republic of China: Final Affirmative Determination of Sales at Less Than Fair Value*, 90 Fed. Reg. 26,011 (June 18, 2025), *Certain Brake Drums From People's Republic of China: Final Affirmative Determination of Sales at Less Than Fair Value; Correction*, 90 Fed. Reg. 29,530 (July 3, 2025), and *Certain Brake Drums From the People's Republic of China*

*and the Republic of Türkiye: Antidumping Duty Orders*, 90 Fed. Reg. 38,730 (Aug. 12, 2025).

3. **Date of Determination**

The U.S. Department of Commerce issued the final determination on June 13, 2025 (90 Fed. Reg. 26,011) and the antidumping duty order on August 6, 2025 (90 Fed. Reg. 38,730).

4. **Date of Publication in Federal Register of Notice of Contested Determination**

The contested final determination was published in the Federal Register on June 18, 2025 (90 Fed. Reg. 26,011).  The contested antidumping duty order was published in the Federal Register on August 12, 2025 (90 Fed. Reg. 38,730).

Respectfully submitted,

/s/ Matthew R. Nicely

Matthew R. Nicely
Daniel M. Witkowski
Julia K. Eppard
Paul S. Bettencourt
Sung Un K. Kim

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4046
mnicely@akingump.com

*Counsel to Consolidated Metco, Inc. and Shandong ConMet Mechanical Co., Ltd.*

Dated:  September 11, 2025

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
**U.S. DEPARTMENT OF JUSTICE**
International Trade Field Office
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Supervising Attorney
**U.S. DEPARTMENT OF JUSTICE**
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
**U.S. DEPARTMENT OF COMMERCE**
Mail Stop 5875 HCHB
14th Street & Constitution Ave., NW
Washington, DC 20230

Chief Counsel
**U.S. DEPARTMENT OF COMMERCE**
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
1401 Constitution Ave., NW
Washington, DC 20230