**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| WEBB WHEEL PRODUCTS, INC., <br><br>   Plaintiff, <br><br>and <br><br>CONSOLIDATED METCO, INC. and SHANDONG CONMET MECHANICAL CO., LTD., <br><br>   Consolidated Plaintiffs, <br><br>v. <br><br>UNITED STATES, <br><br>   Defendant, <br><br>and <br><br>CONSOLIDATED METCO, INC. and SHANDONG CONMET MECHANICAL CO., LTD., <br><br>   Defendant-Intervenors, <br><br>and <br><br>WEBB WHEEL PRODUCTS, INC., <br><br>   Consolidated Defendant-Intervenor. | **Consol. Court No. 25-00207** |

**ORDER OF REASSIGNMENT**

  Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Richard K. Eaton, is hereby reassigned to the Honorable Timothy C. Stanceu.

  Dated at New York, New York, this 11th day of March 2026.

                                /s/ Mark A. Barnett
                                Mark A. Barnett, Chief Judge